An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

TRACY MICHELLE NEWTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61357

**FILED**

FEB 1 3 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to an <u>Alford</u> plea, of unlawful possession of methamphetamine not for purpose of sale. <u>See</u> <u>North Carolina v. Alford</u>, 400 U.S. 25 (1970). Seventh Judicial District Court, White Pine County; Dan L. Papez, Judge.

Appellant Tracy Michelle Newton claims that the district court abused its discretion by imposing a prison term and refusing to grant her probation or place her in a diversion program. At sentencing, the district court noted that Newton had a history of using drugs and alcohol and was asking for probation. The district court imposed a prison term of 12-36 months after stating that it was disturbed that Newton had failed her probation on her two prior felony convictions and five of her six prior misdemeanor convictions. We conclude the district court did not abuse its discretion by refusing to grant Newton probation or place her in a diversion program, <u>see</u> NRS 176A.100(1)(b)(4); NRS 193.130(2)(e); NRS

SUPREME COURT
OF
NEVADA

(O) 1947A

13-04692

453.336(2)(a); <u>Houk v. State</u>, 103 Nev. 659, 664, 747 P.2d 1376, 1379 (1987), and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Seventh Judicial District Court, Department 2
State Public Defender/Ely
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk